TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00147-CV

Crae Pease, Appellant

v.

E.E. Reed Construction Co., Inc., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. 97-11623, HONORABLE MARY PEARL WILLIAMS, JUDGE PRESIDING 

PER CURIAM

 The trial court signed the final judgment from which appellant Crae Pease sought
to appeal on October 19, 2000. Appellant filed a timely motion for new trial on November 6,
2000, thus extending the deadline for filing his notice of appeal to January 17, 2001, ninety days
from the date of the judgment. See Tex. R. App. P. 26.1(a). However, appellant did not file his
notice of appeal until March 6, 2001, and has no reasonable explanation why this Court has
jurisdiction over the appeal. Therefore, we dismiss the appeal for want of jurisdiction. Tex. R.
App. P. 42.3(a).

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed for Want of Jurisdiction

Filed: May 3, 2001

Do Not Publish